COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Siana Oil & Gas Co. LLC v. White Oak Operating Company, LLC

Appellate case number:   01-18-00962-CV

Trial court case number: 2015-45224

Trial court:             164th District Court of Harris County

Appellant, Siana Oil & Gas Co. LLC, has filed a notice of appeal of the trial court's final summary judgment signed on July 27, 2018. Appellant filed its brief on April 19, 2019, and a supplemental brief on May 10, 2019. The trial court filed supplemental clerk's records on June 5, 2019, and July 3, 2019. *See* TEX. R. APP. P. 34.5(c). Accordingly, appellant is directed to file an amended brief and supplemental brief that include references to the clerk's record and supplemental clerk's records filed in this appeal **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 38.1(d), (g), (i), 38.7. Appellee White Oak Operating Company, LLC's brief will be due 30 days from the date that appellant files its amended brief and supplemental brief. TEX. R. APP. P. 38.6(b).

Appellee's Unopposed Motion to Abate or Extend Briefing Deadline is **dismissed as moot**.

It is so ORDERED.


Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually    ☐ Acting for the Court

Date:  July 11, 2019